1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON LENON,

     Plaintiff(s),

v.

DANIEL G. THIEL, et al.,

     Defendant(s).

Case No. 2:24-cv-01189-NJK

**Order**

[Docket No. 15]

12     Pending before the Court is a proposed discovery plan seeking a discovery period of 180

13 days measured from Defendant's answer to the amended complaint. Docket No. 15.[1]

14     An answer was filed to the original complaint many months ago in November 2023, *see*

15 Docket No. 1-5, so it is not clear as a procedural matter why case management deadlines are

16 properly calculated from the answer to the amended complaint, *see* Local Rule 26-1(b)(1) (the

17 discovery cutoff is measured from "the date the *first* defendant answered or otherwise appeared"

18 (emphasis added)). Moreover and significantly, the parties already engaged in discovery in state

19 court prior to removal, *see* Docket No. 15 at 1-2, so it is not clear as a practical matter why they

20 need another six months of discovery given those past efforts.[2]

21     Accordingly, the proposed discovery plan is **DENIED** without prejudice. By July 22,

22 2024, the parties must file an amended proposed discovery plan that either seeks significantly

23
24

25     [1] The discovery plan represents that the state court scheduling order is attached as Exhibit
A, Docket No. 15 at 2, but it is not attached. The amended proposed discovery plan ordered herein
26 must attach the state court scheduling order.

27     [2] In a similar vein, Plaintiff already amended the complaint, *see* Docket No. 1-2, and it is
not clear that the deadline to amend or add parties should be set in the manner sought in the
28 discovery plan.

1

shorter deadlines or that provides meaningful explanation as to why more time is needed given the circumstances of this case.

IT IS SO ORDERED.

Dated: July 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge