**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON LENON,<br><br>            Plaintiff,<br>vs.<br><br>DANIEL G. THIEL, individually; DELDA THIEL, individually; CONNER THIEL, Individually and DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No: 2:24-cv-01189-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JASON LENON, by and through his attorneys of record, WILLOUGHBY SHULMAN INJURY LAWYERS, and Defendants DANIEL G. THIEL, DELDA THIEL, and CONNER THIEL by and through their attorneys of records, BARRON & PRUITT, LLP, that all claims and causes of action of Plaintiff JASON LENON against Defendants DANIEL G. THIEL, DELDA THIEL, and CONNER THIEL may be dismissed in their entirety, with prejudice, each party to bear its own costs and fees.

DATED this 21st day of August, 2024.

 /s/ Sean DeRoest
William H. Pruitt, Esq.
Nevada Bar No. 6783
Sean DeRoest, Esq.
Nevada Bar No. 16224
Barron & Pruitt, LLP
3890 West Ann Road
North Las Vegas, NV 89031
(702) 870-3940
Email: bpruitt@lvnvlaw.
*Attorneys for Defendants*

DATED this 21st day of August, 2024.

 /s/ Eric J. Willoughby
Eric J. Willoughby, Esq.
Nevada Bar No. 10277
Stephen M. Shulman, Esq.
Nevada Bar No. 12093
Willoughby Shulman Injury Lawyers
1480 Center Crossing, Suite 280
Las Vegas, NV 89144
(702) 852-6688
ic@wslawlv.com
*for Plaintiff*

IT IS SO ORDERED.
Dated:  August 22, 2024
.
_____
United States Magistrate Judge